COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Henry Rawson Jr. and Susan Rawson v. Oxea Corporation,
                        Dashiell Corporation, and Mundy Maintenance and Servs. LLC

Appellate case number: 01-15-01005-CV

Trial court case number:    2015-07842

Trial court:                190th District Court of Harris County

Appellants' Motion for En Banc Reconsideration is **denied**.

It is so ORDERED.

Justice's signature: /s/ Laura Carter Higley
                        Acting for the En Banc Court

A majority of the justices of the Court voted to deny the motion for en banc reconsideration.

The en banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.

Justice Jennings, dissenting from the denial of en banc reconsideration with separate opinion.

Justice Bland and Justice Lloyd, dissenting from the denial of en banc reconsideration without separate opinion.

Date: June 13, 2017